IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3004 |
| | ) | |
| V. | ) | |
| | ) | |
| ABEL MARAVILLA-SANDOVAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon the request of the Probation Office, and over the objection of the government,

IT IS ORDERED that the Petition for Offender Under Supervision (filing no. 27) is dismissed without prejudice, and the Arrest Warrant (filing no. 28) is withdrawn and quashed. The Clerk shall provide the United States Marshals Service with a copy of this order.

DATED this 3rd day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge